

**NUMBER 13-20-000501-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

**STEVEN WAYNE LANDRUM,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

**On appeal from the 36th District Court
of Aransas County, Texas.**

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina
Order Per Curiam**

Appellant Steven Wayne Landrum pleaded guilty to assault family violence-strangulation, a third-degree felony. *See* TEX. PENAL CODE ANN. § 22.01. The trial court sentenced Landrum to ten years' confinement, suspended the sentence, and ordered that Landrum serve ten years of community supervision. The State filed a motion to revoke, the trial court found the State's allegations true, revoked Landrum's community

supervision, and sentenced him to ten years' confinement. This appeal followed. Landrum's court-appointed counsel filed an *Anders* brief stating that there were no arguable grounds for appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967).

However, on July 15, 2021, after concluding that arguable appellate issues exist, we granted Landrum's appellate counsel's motion to withdraw, abated the appeal, and ordered the trial court to appoint a new appellate attorney. *See Anders*, 386 U.S. at 744; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). The trial court appointed new appellate counsel.

On August 2, 2021, Landrum filed a motion to supplement the record to include the plea transcript and to suspend the briefing deadline pending the record supplementation. This Court, having fully examined and considered appellant's motion is of the opinion that, in the interest of justice, appellant's motion should be granted with order. The Court grants Landrum's motion to supplement the record and suspends the briefing deadline pending record supplementation. Landrum's brief is due thirty (30) days after record supplementation of the plea hearing. The State's brief will be due thirty (30) days thereafter.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
5th day of August, 2021.

2